IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MINDY SCHWARTZ and EZRA CHOWAIKI | : CIVIL ACTION |
| v. | : |
| ARACOR SEARCH & ABSTRACT, INC. | : NO. 13-870 |

FILED
SEP 11 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 10th day of September, 2014, after independent consideration of the Plaintiffs' renewed motion for default judgment (Doc. 39), the response, thereto (Doc. 42), the transcript of the evidentiary hearing, and after review of the Report and Recommendation of Magistrate Judge Elizabeth T. Hey, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED.

2. The renewed motion for default judgment is GRANTED.

3. Plaintiffs are awarded $184,754.94 in punitive damages in addition to the compensatory damages previously awarded.

BY THE COURT

_____
MARY A. MCLAUGHLIN, J.